

**SIGNED this 23 day of March 2006.**

STEPHEN D. GERLING
CHIEF UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

In Re:

FREDERICK J. BUKATA                         CHAPTER 7
                                            Case No. 05-73178

                  Debtor

---

### ORDER GRANTING MOTION TO CHANGE VENUE TO THE WESTERN DISTRICT OF NEW YORK.

Upon the Notice of Motion dated February 15, 2006 by the debtor to change the venue of this proceeding pursuant to 28 U.S.C. § 1412 to the Western District of New York, the Attorney's Affirmation of Alison Bukata, Esq. in support of the Order, and the Certificate of Service dated February 15, 2006, and the matter having contained the default language as set forth in Local Rule 9013-4, and no timely opposition having been filed to the motion and after due deliberation be and hereby is

**ORDERED** that the motion be and hereby is **GRANTED**, and it is further,

**ORDERED** that this case be and hereby is transferred to the United States Bankruptcy Court, Western District of New York, Buffalo, District, and it is further

**ORDERED**, that the Clerk of this Court forthwith transfer said case as set forth herein, and it is further

**ORDERED**, that the Clerk of the Court mark the records of the court accordingly.

####################